1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10
11  DEAN RABBITT,                                   Case No. ED CV 17-0280 FMO (KKx)
12                    Plaintiff,
13           v.                                      **ORDER DISMISSING ACTION WITHOUT**
                                                     **PREJUDICE**
14  BANK OF AMERICA, N.A., et al.,
15                    Defendants.
16  .
    _____

17        On February 15, 2017, plaintiff Dean Rabbit ("plaintiff") filed a complaint against several

18  defendants asserting state-law claims arising from the foreclosure of his property.  (See Dkt. 1,

19  Complaint).  Subject matter jurisdiction was predicated on diversity of citizenship pursuant to 28

20  U.S.C. § 1332.  (See id. at p. 2).  On March 31, 2017, the court issued an ordering requiring

21  plaintiff to show cause no later than March 23, 2017, why this matter should not be dismissed for

22  lack of subject matter jurisdiction. (See Dkt. 9, Court's Order of March 13, 2017 ("OSC")).  Plaintiff

23  was cautioned that "[f]ailure to respond to this order to show cause by the deadline set forth above

24  shall be deemed as consent to the dismissal of the action without prejudice for failure to prosecute

25  and/or failure to comply with a court order.  See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370

26  U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)."  As of the filing date of this Order, no response to

27  the OSC has been filed.  Accordingly, IT IS ORDERED that the above-captioned case is

28

1   dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of the

2   court.  <u>See</u> Fed. R. Civ. P. 41(b); <u>Link</u>, 370 U.S. at 629-30, 82 S.Ct. at 1388.

3   Dated this 31st day of March, 2017.

4

5                                                             /s/

6                                                         Fernando M. Olguin
                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28